THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD HILL *et al.*, Defendants-Appellants.

(No. 12207;

Fourth District—August 8, 1974.

Opinion by Mr. PRESIDING JUSTICE SMITH.

310

Paul T. Manion and Associates, Ltd., of Hoopeston (Paul T. Manion and Rick E. Janov, of counsel), for appellants.

Richard J. Doyle, State's Attorney, of Danville (John R. McClory, Assistant State's Attorney, of counsel), for the People.